LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

WENDY M. KRINCEK, ESQ., Bar # 6417
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
E-mail: wkrincek@littler.com
E-mail: kbranson@littler.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP MARTINEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign-limited liability company; XYZ COMPANIES I through X, inclusive; and SHAWANDA ROBINSON, individually,<br>Nevada,<br><br>　　　　Defendant.<br>_____/ | Case No. 2:18-cv-02319-JCM-GWF<br>(District Court Case No.: A-18-783736-C)<br><br>**STIPULATION TO EXTEND DEFENDANT ALBERTSON'S, LLC'S RESPONSE TO THE MOTION TO REMAND (ECF No. 9) THIS ACTION BACK TO THE EIGHTH JUDICIAL DISTRICT COURT**<br>**(First Request)** |

///

1

IT IS HEREBY AGREED AND STIPULATED between the parties and undersigned counsel that the deadline for Defendant Albertson's LLC to file its Response to Plaintiff's Motion to Remand (ECF No. 9) this Action Back to the Eighth Judicial District Court be extended for a period of (thirty) 30 days, from its current due date of December 26, 2018 to **January 25, 2019** due to the holidays and counsels' respective travel schedules during the holidays. This request is submitted with good cause and not for improper purpose or to cause undue delay.

DATED this 21st day of December, 2018.     DATED this 21st day of December, 2018.

LAW OFFICE OF DANIEL MARKS     LITTLER MENDELSON

 /s/ Adam Levine , Esq.      /s/ Z. Kathryn Branson, Esq.
DANIEL MARKS, ESQ.     WENDY MEDURA KRINCEK, ESQ.
Nevada State Bar No. 002003     Nevada State Bar No. 006417
office@danielmarks.net     wkrincek@littler.com
ADAM LEVINE, ESQ.     Z. KATHRYN BRANSON, ESQ.
Nevada State Bar No. 004673     Nevada State Bar No. 011540
alevine@danielmarks.net     kbranson@littler.com
610 South Ninth Street     3960 Howard Hughes Pkwy., Suite 300
Las Vegas, Nevada 89101     Las Vegas, Nevada 89169
*Attorneys for Plaintiff*     *Attorneys for Defendant Albertson's, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED December 21, 2018.