UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PHILLIP MARTINEZ, | Case No. 2:18-CV-2319 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| ALBERTSON'S, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the parties' stipulation to stay briefing and discovery related to defendant Albertson's LLC's motion to dismiss (ECF No. 6) pending the outcome of plaintiff Phillip Martinez's motion to remand (ECF No. 9).

Because a partial stay of proceedings will not prejudice the parties and will ensure that the court has jurisdiction prior to allowing the case to proceed to discovery, the court will grant the parties stipulation.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation to stay litigation (ECF No. 14), be, and the same hereby is, GRANTED.

DATED January 28, 2019.

_____
UNITED STATES DISTRICT JUDGE